# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 08-0489V
**Filed: May 7, 2014**

Not To Be Published

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
KOREN MCKENZIE,                          *
parent and natural guardian of           *
E.J., a minor,                           *
                                         *
                    Petitioner,          *      Autism; Stipulation;
                                         *      Attorneys' Fees and Costs
              v.                         *
                                         *
SECRETARY OF HEALTH AND                  *
HUMAN SERVICES                           *
                                         *
                    Respondent.          *
                                         *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

*Robert J. Krakow, Esq.*, Law Office of Robert J. Krakow, P.C., New York, NY for petitioner.
*Ann D. Martin, Esq.*, US Department of Justice, Washington, DC for respondent.

## DECISION ON ATTORNEYS' FEES AND COSTS[1]

**Vowell**, Chief Special Master:

     In this case under the National Vaccine Injury Compensation Program,[2] I issued a decision dismissing this petition on January 17, 2014. On May 6, 2014, the parties filed a stipulation of facts concerning attorneys' fees and costs. In lieu of filing a General Order 9 statement, petitioner's counsel represents that he will reimburse

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post this decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), a party has 14 days to identify and move to delete medical or other information, that satisfies the criteria in 42 U.S.C. § 300aa-12(d)(4)(B). Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision. If, upon review, the undersigned agrees that the identified material fits within the requirements of that provision, such material will be deleted from public access.

[2] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2006).

petitioner for any personal litigation costs compensable under the Vaccine Act from the award of attorneys' fees and costs in this case. Stipulation at ¶ 5.

I find that this petition was brought in good faith and that there existed a reasonable basis for the claim. Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. §§ 300aa-15(b) and (e)(1). Further, the proposed amount seems reasonable and appropriate.

**Accordingly, I hereby award the total $12,000.00[3] in the form of a check payable jointly to petitioner, Koren McKenzie and petitioner's counsel of record, Robert J. Krakow, for petitioner's attorney fees and costs.**

The clerk of the court shall enter judgment in accordance herewith.[4]

**IT IS SO ORDERED.**

**s/ Denise K. Vowell**
**Denise K. Vowell**
Chief Special Master

---

[3] This amount is intended to cover all legal expenses incurred in this matter. This award encompasses all charges by the attorney against a client, "advanced costs" as well as fees for legal services rendered. Furthermore, 42 U.S.C. § 300aa-15(e)(3) prevents an attorney from charging or collecting fees (including costs) that would be in addition to the amount awarded herein. *See generally Beck v. Sec'y, HHS*, 924 F.2d 1029 (Fed. Cir.1991).

[4] Entry of judgment can be expedited by each party's filing of a notice renouncing the right to seek review. *See* Vaccine Rule 11(a).